UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| SANDRA ESPINOSA and CHRISTINA NEIGHBORS, individually and on behalf of other similarly situated individuals<br><br>Plaintiffs,<br><br>v.<br><br>PRIME CHOICE URGENT CARE, PLLC<br><br>Defendant. | Case No.: 4:21-cv-00835 |

### UNOPPOSED MOTION TO APPROVE FLSA SETTLEMENT

NOW INTO COURT, through undersigned counsel, come Named Plaintiffs and all opt-in Plaintiffs who respectfully move the Court to approve the Parties' FLSA Settlement Agreement for the reasons more fully assigned in the attached Memorandum in Support. Undersigned counsel hereby certifies that Defendant does not oppose this Motion.

Respectfully submitted:

By: /s/ Philip Bohrer
Philip Bohrer (Tx Bar #00792194)
phil@bohrerbrady.com
Scott E. Brady
scott@bohrerbrady.com
**BOHRER BRADY, LLC**
8712 Jefferson Highway, Suite B
Baton Rouge, Louisiana 70809
Telephone: (225) 925-5297
Facsimile: (225) 231-7000

-and-

>Corinna Chandler   (TX Bar #24061272)
>chandler@chandlershavin.com
>**CHANDLER & SHAVIN, PLLC**
>12377 Merit Drive, Suite 880
>Dallas, TX  75251
>Telephone: (972) 863-9063
>Facsimile: (972) 692-5220
>
>*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send notice of electronic filing to all counsel registered in this case.  Any counsel not registered for electronic notice of filing with the Clerk of Court will be mailed a copy of the above and foregoing, First Class U.S. Mail, postage prepaid and properly addressed.

>/s/ Philip Bohrer

2