UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| SANDRA ESPINOSA, ET AL. | § § | |
| v. | § § | CIVIL NO. 4:21-CV-835-SDJ |
| PRIME CHOICE URGENT CARE, PLLC | § § § | |

### ORDER

Before the Court is the parties' Joint Motion for Leave to File Confidential FLSA Settlement Agreement Under Seal. (Dkt. #24). After considering the motion, the Court concludes that it will be **GRANTED**.

It is therefore **ORDERED** that the Joint Motion for Leave to File Confidential FLSA Settlement Agreement Under Seal, (Dkt. #24), is **GRANTED**.

It is further **ORDERED** that the Confidential FLSA Settlement Agreement, (Dkt. #25), shall remain filed under seal.

**So ORDERED and SIGNED this 30th day of August, 2022.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE